IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Criminal Case No. 92–cr–00403–EWN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. SEAN ASHLEY,

    Defendant.

---

# ORDER

---

Upon consideration of Defendant's motion (#37) to reduce his sentence and upon review of the file, the court notes that Defendant was represented by retained counsel, Clifford Barnard. It is therefore

**ORDERED** as follows:

1. Within twenty days of the posting of this order, Defendant shall file notice with the court stating whether he wishes to continue retention of Mr. Barnard, whether he wishes the court to appoint counsel, free of charge to Defendant, under the Criminal Justice Act, or whether he wishes to represent himself on this motion.

2. The clerk of the court shall, either by means of the ECF system or by conventional means, notify Mr. Barnard of this order. The clerk will also notify Defendant of the address and telephone number at which Mr. Barnard can be reached.

Dated this 12th day of February, 2008.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
Chief United States District Judge